1  BENJAMIN R. WINSLOW, SBN 54830
   Law Offices of Benjamin R. Winslow
2  3223 Webster Street
   San Francisco, California  94123
3  Telephone: 415.441.5943
   Facsimile: 415.346.8987
4
   Attorney for Plaintiff
5  GIULIO PALMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULIO PALMA | Case No.   C 05 1129   PJH |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE** ; AND ORDER |
| UNITED STATES OF AMERICA; and DOES 1 to 10, inclusive, | Date:  August 17, 2005 |
| Defendants. | Time: 9:00 a.m. |
| | Ctrm:   3 (17th Floor) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, as follows:

1.     On March 18, 2005, Plaintiff, Guilio Palma, filed a complaint for declaratory judgment, damages, an injunction, and other relief based on federal and state law claims, against the United States of America.

2.     On June 21, 2005, Defendant filed a motion to dismiss the complaint pursuant to F.R.C.P. 12(b)(1).  In that motion, Defendant alleges, among other things, that this court lacks subject matter jurisdiction over Plaintiff's tort claims under the Federal Tort Claims Act because plaintiff has failed to

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
-1-

exhaust his administrative remedies by filing an administrative claim under 28 U.S.C. § 2675.

3.   Defendant's motion to dismiss was originally noticed for July 27, 2005, at 9:00 a.m. Notice was amended and the motion to dismiss is currently scheduled on August 17, 2005.

4.   Plaintiff may dismiss his complaint without prejudice so that he may have an opportunity to exhaust his administrative remedies by filing an administrative claim under 28 U.S.C. § 2675.

Respectfully submitted,

_____/s/_____
DATED: August 10, 2005                BENJAMIN WINSLOW
                                      LAW OFFICES OF BENJAMIN WINSLOW

Respectfully submitted,

_____/s/_____
DATED: August 10, 2005                ANDREW Y.S. CHENG
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 15, 2005                _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge

---

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
-2-